UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PORZIO, Individually and on Behalf of Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>OVERSEAS SHIPHOLDING GROUP, INC., et al.,<br><br>                Defendants. | Civil Action No. 1:12-cv-07948-SAS<br><br><u>CLASS ACTION</u> |
| BRUCE MYATT, Individually and on Behalf of Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>MORTEN ARNTZEN, et al.,<br><br>                Defendants. | Civil Action No. 1:12-cv-08547-LLS<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]


NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

800723_1

|  |  |  |
|---|---|---|
| PAUL OTTO KOETHER IRA ROLLOVER, on behalf of itself and all others similarly situated, | : : : | Civil Action No. 12-cv-9104 |
| Plaintiff, | : |  |
| vs. | : |  |
| MORTEN ARNTZEN, et al., | : |  |
| Defendants. | : |  |

|  |  |  |
|---|---|---|
| INDIANA TREASURER OF STATE, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 12-cv-9363 |
| Plaintiff, | : |  |
| vs. | : |  |
| G. ALLEN ANDREAS III, et al., | : |  |
| Defendants. | : |  |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Stichting Pensioenfonds DSM Nederland ("DSM") and Indiana Treasurer of State ("Indiana Treasurer"), joined by Lloyd Crawford, will move this Court, on a date and time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for an order: (1) appointing movants as lead plaintiff for purchasers of Overseas Shipholding Group Inc. securities pursuant to the Private Securities Litigation Reform Act of 1995; and (2) approving lead plaintiff's selection of Robbins Geller Rudman & Dowd LLP as lead counsel. In support of this motion, movants submit the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld and a [Proposed] Order.

| | |
|---|---|
| DATED: December 26, 2012 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>MARIO ALBA, JR. |
| | */s/ David A. Rosenfeld*<br>DAVID A. ROSENFELD |
| | 58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>drosenfeld@rgrdlaw.com<br>malba@rgrdlaw.com |
| | [Proposed] Lead Counsel for Plaintiffs |

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 26, 2012.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

800723_1

# Mailing Information for a Case 1:12-cv-07948-SAS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Giti Baghban**
  baghban@whafh.com

- **Jeffrey Craig Block**
  jeff@blockesq.com,jason@blockesq.com

- **Malcolm Todd Brown**
  brown@whafh.com

- **Ashley J. Burden**
  ashley.burden@dechert.com,nycmanagingclerks@dechert.com,nicole.ladue@dechert.com

- **Joseph Peter Guglielmo**
  jguglielmo@scott-scott.com,tcrockett@scott-scott.com,efile@scott-scott.com,aslaughter@scott-scott.com

- **Steven P. Harte**
  steven@blockesq.com

- **Joni S. Jacobsen**
  joni.jacobsen@dechert.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **David H. Kistenbroker**
  david.kistenbroker@dechert.com,nycmanagingclerks@dechert.com

- **Lawrence Paul Kolker**
  kolker@whafh.com

- **Jason Mathew Leviton**
  jason@blockesq.com

- **Lewis J. Liman**
  lliman@cgsh.com,maofiling@cgsh.com,gmokodean@cgsh.com

- **Thomas James McKenna**
  tjmlaw2001@yahoo.com,tjmckenna@gaineyandmckenna.com

- **Gregory Mark Nespole**
  nespole@whafh.com

- **Kenneth Mark Rehns**
  krehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Scott B. Schreiber**
  scott.schreiber@aporter.com,anthony.boccanfuso@aporter.com

- **Craig A. Stewart**
  craig_stewart@aporter.com,anthony_boccanfuso@aporter.com

- **Curtis Victor Trinko**
  ctrinko@gmail.com

- **Elizabeth Vicens**
  evicens@cgsh.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`