AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Paul Otto Koether IRA Rollover, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 12-cv-09104 (SAS) |
| Morten Arntzen, Myles R. Itkin, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Paul Otto Koether IRA Rollover, on Behalf of Itself and All Others Similarly Situated.

Date:   01/09/2013

/s/ John C. Browne
*Attorney's signature*

John C. Browne (JB-0391)
*Printed name and bar number*

Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Floor
New York, NY  10019
*Address*

JohnB@blbglaw.com
*E-mail address*

(212) 554-1398
*Telephone number*

(212) 554-1444
*FAX number*