# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA

John C. Browne
johnb@blbglaw.com
212-554-1398



January 9, 2013

*The initial pretrial conference in this matter is hereby adjourned sine die, to be rescheduled to coincide with the hearing date for lead plaintiff motions in the Porzio matter. SO ORDERED.*

*Shira A. Scheindlin, USDJ*
*1/10/13*

**Via Facsimile Transmission**

The Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

Re: *Paul Otto Koether IRA Rollover et al. v. Morten Arntzen, et al.*
Case No. 12-cv-9104 (SAS) (S.D.N.Y.)

Dear Judge Scheindlin:

On behalf of Plaintiff Paul Otto Koether IRA Rollover ("Koether"), we write regarding the initial pretrial conference scheduled for January 17, 2013 in the above-captioned action (the "Koether Action"). *See* ECF Doc. #29. On December 26, 2012, Koether filed a motion requesting appointment as lead plaintiff (and accompanying relief) in *Porzio v. Overseas Shipholding Group, Inc. et al.*, Case No. 1:12-cv-07948 (SAS) (S.D.N.Y.) (the "Porzio Action"). On December 27, 2012, Your Honor accepted the Koether Action as related to the Porzio Action. *See, e.g.*, ECF Doc. #28. In the Porzio Action, the Court recently granted a request to reschedule the initial pretrial conference to coincide with the hearing on the lead plaintiff appointment motions. *See* Porzio Action, ECF Doc. #51 (January 8, 2013 conference adjourned *sine die*).

Given that the two actions are related, we write to respectfully request that the conference scheduled for January 17, 2013 in the Koether Action be similarly re-scheduled to coincide with the hearing date for lead plaintiff motions to be set in the Porzio Action. We have contacted counsel for defendants, who have no objection to this request.

Respectfully submitted,

John C. Browne

1285 AVENUE OF THE AMERICAS • NEW YORK • NY 10019-6028
TELEPHONE: 212-554-1400 • www.blbglaw.com • FACSIMILE: 212-554-1444

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

The Honorable Shira A. Scheindlin
January 9, 2013
Page 2

cc (via facsimile):    Richard Rosen, Esq.
　　　　　　　　　　　David H. Kistenbroker, Esq.
　　　　　　　　　　　Scott B. Schreiber, Esq.
　　　　　　　　　　　Stuart J. Baskin, Esq.
　　　　　　　　　　　Miles N. Ruthberg, Esq.