**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ X
| | |
|---|---|
| ROBERT PORZIO, Individually and On Behalf of All Others Similarly Situated, | : |
| Plaintiff, | : |
| vs. | : Case No. 12 Civ. 07948-SAS |
| OVERSEAS SHIPHOLDING GROUP, INC., MORTEN ARNTZEN, and MYLES R. ITKIN, | : |
| Defendants. | : |

------------------------------------ X
| | |
|---|---|
| PAUL OTTO KOETHER IRA ROLLOVER, on Behalf of Itself and All Others Similarly Situated, | : |
| Plaintiff, | : |
| vs. | : |
| MORTEN ARNTZEN, MYLES R. ITKIN, OUDI RECANATI, G. ALLEN ANDREAS III, ALAN R. BATKIN, THOMAS B. COLEMAN, CHARLES A. FRIBOURG, STANLEY KOMAROFF, SOLOMON N. MERKIN, JOEL I. PICKET, ARIEL RECANATI, THOMAS F. ROBARDS, JEAN-PAUL VETTIER, MICHAEL J. ZIMMERMAN, CITIGROUP GLOBAL MARKETS, INC., MORGAN STANLEY & CO. INCORPORATED, HSBC SECURITIES (USA) INC., DEUTSCHE BANK SECURITIES INC., DnB NOR MARKETS, INC., GOLDMAN, SACHS & CO., ING FINANCIAL MARKETS LLC, PRICEWATERHOUSECOOPERS LLP, | : Case No. 12-cv-09104 |
| Defendants. | : |

------------------------------------ X

1

| | | |
|---|---|---|
| BRUCE MYATT, Individually and On Behalf of All Others Similarly Situated, | : | |
| | : | |
| Plaintiff, | : | Case No. 12-cv-08547-LLS |
| vs. | : | |
| MORTEN ARNTZEN, and MYLES R. ITKIN, | : | |
| | : | |
| Defendants. | : | |
| ------------------------------------ X | | |

# RESPONSE OF BARRIE WOOLARD AND STEVEN HYMAN TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL

Barrie Woolard ("Mr. Woolard") and Steven Hyman ("Mr. Hyman") respectfully submit this response to the competing motions for appointment of Lead Plaintiffs in the above-captioned related actions.

Having reviewed the competing motions filed by movants for appointment as lead plaintiffs, it appears that Mr. Woolard and Mr. Hyman do not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb); 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I)(bb). For this reason, Mr. Woolard and Mr. Hyman do not oppose the motions of other movants who have filed motions to be appointed as Lead Plaintiffs.

If, for any reason, other movants are unable to serve as Lead Plaintiff(s) in this action, Mr. Woolard and Mr. Hyman stand ready to serve as Lead Plaintiffs if called upon by the Court.

Dated: January 14, 2013

Respectfully submitted,
COHEN MILSTEIN SELLERS
& TOLL PLLC

    /s/    Michael Eisenkraft
Michael Eisenkraft (ME-6974)
Kenneth M. Rehns (KR-9822)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

- and -

Steven J. Toll
Daniel S. Sommers
Genevieve O. Fontan
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

***Attorneys for Movants Barrie Woolard and Steven Hyman***

**CERTIFICATE OF SERVICE**

   I certify that on January 14, 2013, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF.

                 /s/ *Kenneth M. Rehns*
                 Kenneth M. Rehns (KR-9822)