**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL OTTO KOETHER IRA ROLLOVER, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTEN ARNTZEN, MYLES R. ITKIN, OUDI RECANATI, G. ALLEN ANDREAS III, ALAN R. BATKIN, THOMAS B. COLEMAN, CHARLES A. FRIBOURG, STANLEY KOMAROFF, SOLOMON N. MERKIN, JOEL I. PICKET, ARIEL RECANATI, THOMAS F. ROBARDS, JEAN-PAUL VETTIER, MICHAEL J. ZIMMERMAN, CITIGROUP GLOBAL MARKETS, INC., MORGAN STANLEY & CO1 INCORPORATED, HSBC SECURITIES (USA) INC., DEUTSCHE BANK SECURITIES INC., DNB NOR MARKETS, INC., GOLDMAN, SACHS & CO., ING FINANCIAL MARKETS LLC, PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Civil Action No. 12-cv-9104 |
| BRUCE MYATT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTEN ARNTZEN and MYLES R. ITKIN,<br><br>Defendants. | Civil Action No. 12-cv-8547 |

| | |
|---|---|
| ROBERT PORZIO, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>OVERSEAS SHIPHOLDING GROUP, INC., MORTAN ARNTZEN, and MYLES R. ITKIN,<br><br>        Defendants. | Civil Action No. 12-cv-7948 |
| INDIANA TREASURER OF STATE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>G. ALLEN ANDREAS III, MORTEN ARNTZEN, ALAN R. BATKIN, THOMAS B. COLEMAN, CHARLES A. FRIBOURG, MYLES R. ITKIN, STANLEY KOMAROFF, SOLOMON N. MERKIN, JOEL I. PICKET, ARIEL RECANATI, OUDI RECANATI, THOMAS F. ROBARDS, JEAN-PAUL VETTIER, MICHAEL J. ZIMMERMAN, CITIGROUP GLOBAL MARKETS, INC., DEUTSCHE BANK SECURITIES INC., DNB NOR MARKETS, INC., GOLDMAN, SACHS & CO., HSBC SECURITIES (USA) INC., ING FINANCIAL MARKETS LLC, MORGAN STANLEY & CO| INCORPORATED and PRICEWATERHOUSECOOPERS LLP,<br><br>        Defendants. | Civil Action No. 12-cv-9363 |

**NOTICE OF NON-OPPOSITION OF PAUL OTTO KOETHER IRA ROLLOVER TO THE MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF <u>SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS</u>**

The Paul Otto Koether IRA Rollover ("Koether") respectfully submits this notice of non-opposition with respect to the pending motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel in *Porzio v. Overseas Shipholding Group, Inc. et al.*, Case No. 1:12-cv-07948 (SAS) (S.D.N.Y.) (the "Porzio Action"). On December 26, 2012, Koether filed a Motion for Appointment as Lead Plaintiff, Approval of its Selection of Lead Counsel, and Consolidation of All Related Actions in the Porzio Action. Koether and its counsel have reviewed the Lead Plaintiff motions pending before the Court and have determined that Koether does not have the largest financial interest in this case.

Koether remains ready, willing and able to serve as Lead Plaintiff if the Court declines to appoint the remaining movants seeking Lead Plaintiff status. This Notice shall have no effect upon Koether's rights as a member of the proposed class, and Koether expressly reserves any and all rights to share in any recovery in this action.

DATED: January 14, 2013
New York, New York

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

By: /s/ John C. Browne
John C. Browne
Jeremy P. Robinson
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: 212-554-1400
Facsimile: 212-554-1444
johnb@blbglaw.com
jeremy@blbglaw.com

*Counsel for Proposed Lead Plaintiff Paul Otto Koether IRA Rollover and Proposed Lead Counsel for the Class*